UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

KRISTA GAUTHIER, INDIVIDUALLY
AND AS NEXT FRIEND AND GUARDIAN
OF BABY D.L.D., ON BEHALF OF
THEMSELVES AND ALL OTHERS
SIMILARLY SITUATED

)  CIVIL ACTION NO. 1:19-op-45478
)  MDL NO. 1:17-md-02804

    Plaintiff,

-vs-    )  O R D E R

MCKESSON CORPORATION; CARDINAL
HEALTH, INC.;
AMERISCOURCEBERGEN
CORPORATION, ET AL

    Defendant,

In light of the failure by Plaintiff or Plaintiff's guardian to provide to the Court notice of replacement counsel, this action is DISMISSED without prejudice.

IT IS ORDERED.

Date: August 20 , 2025

*s/Dan Aaron Polster*
Dan Aaron Polster
United States District Judge